1 | Aidan W. Butler (SBN 208399)
2 | Attorney at Law
  | 3550 Wilshire Boulevard, Suite 1924
  | Los Angeles, California 90010
3 | Telephone: (213) 388-5168
  | Telecopier: (213) 388-5178
4 | tocontactaidan@gmail.com

5 | Attorneys for Plaintiff SRINIVASAN RAMANUJAM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRINIVASAN RAMANUJAM, an individual, | CASE NO.:5:16-cv-07075-BLF |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO THE HONORABLE COURT HEREIN:**

Plaintiff SRINIVASAN RAMANUJAM has entered into a settlement agreement with defendant EXPERIAN INFORMATION SOLUTIONS, INC., resolving all of the claims as to that defendant.

Performance under that agreement is now complete.

Therefore, it is hereby stipulated and agreed that the Court should dismiss defendant EXPERIAN INFORMATION SOLUTIONS, INC., with prejudice, with

those parties each bearing their own fees and costs incurred herein.

**IT IS SO STIPULATED.**

DATED: August 28, 2017	Respectfully submitted,

By:	*/S/ Aidan W. Butler*
Aidan W. Butler
Attorneys for Plaintiff
ANI GHAZARYAN

DATED: August 28, 2017	JONES DAY

By:	*/S/ Angela M. Taylor*
Angela M Taylor
Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRINIVASAN RAMANUJAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:5:16-cv-07075-BLF<br><br>[PROPOSED] ORDER |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the stipulation of the parties, with good cause appearing, IT IS HEREBY ORDERED that defendant EXPERIAN INFORMATION SOLUTIONS, INC., is hereby dismissed with prejudice, with those stipulating parties each bearing their own fees and costs.

**IT IS SO ORDERED.**

DATED: 

By: _____

JUDGE OF THE U.S. DISTRICT COURT